IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DeMARIO CANNON
#61175                                                                    PLAINTIFF

v.                              No. 3:20-cv-313-DPM

KEITH BOWERS, Administrator,
Craighead County Detention Center;
and TONI RAYMOND, Administrative
Assistant, Craighead County Detention
Center                                                                    DEFENDANT

ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Cannon's complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 November 2020