IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DeMARIO CANNON
#61175                                                                                    PLAINTIFF

v.                          No. 3:20-cv-313-DPM

KEITH BOWERS, Administrator,
Craighead County Detention Center;
and TONI RAYMOND, Administrative
Assistant, Craighead County Detention
Center                                                                                    DEFENDANT

## JUDGMENT

Cannon's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 November 2020