IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEMARIO CANNON
ADC #155021                                                                                      PLAINTIFF

v.                            No. 3:20-cv-313-DPM

KEITH BOWERS, Administrator,
Craighead County Detention Center and
TONI RAYMOND, Administrative Assistant,
Craighead County Detention Center                                             DEFENDANTS

ORDER

The Court appreciates Cannon's updated address.  His motion, *Doc. 11*, is granted as it relates to this case.* Under the Prison Litigation Reform Act, a prisoner who is permitted to file a civil action proceeding *in forma pauperis*, must still pay the full $350.00 statutory filing fee. 28 U.S.C. § 1915(b)(1).  In this case, the Court granted Cannon's application to proceed *in forma pauperis* and assessed him an initial partial filing fee of $299.80.  *Doc. 4*.  After the $299.80 was withdrawn from his inmate bank account, Cannon owed $50.20 on the mandatory $350.00 statutory filing fee.  Cannon's inmate bank account lists payments in these amounts to the U.S. District Court for the Eastern District of Arkansas; but, the case numbers of the cases to which these payments were

---

* Cannon's motion seeks relief in three Eastern District of Arkansas cases:  3:20-cv-313-DPM;  3:20-cv-334-DPM;  and 3:21-cv-37-KGB-JJV.

attributed is not specified. *Doc. 11 at 3.* The Court therefore directs the Clerk to report to Cannon the status of his payments made toward his filing fee and provide him with a copy of the docket sheet in this case.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 November 2022